O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALID A. MUHAMMAD,<br><br>Petitioner,<br><br>v.<br><br>BERNADETTE MASON, Warden, et al.,<br><br>Respondents. | Case No. 2:24-cv-10300-SVW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1) and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 5). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 13) and a supplement to those objections (Dkt. 15) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice due to lack of habeas jurisdiction.

1  The Court has also reviewed the following filings made by Petitioner:
2  - 12/23/2024 Notice filed by Petitioner Walid A. Muhammad: Petitioner
3  titles the document "A Writ of Habeas Corpus Pleadings – Guilty" and
4  "Summary Judgment Motion," but does not state any facts or points of
5  law in support of either title. (Dkt. 8.)
6  - 1/9/2025 Notice filed by Petitioner Walid A. Muhammad: Petitioner
7  titles the document "Writ of Habeas Corpus Pleadings – Guilty" and
8  "Summary Judgment Motion," but does not state any facts or points of
9  law in support of either title. (Dkt. 11.)
10  The Court denies, without prejudice, all relief requested in these filings since
11  the case has been dismissed due to lack of habeas jurisdiction.

DATED: February 11, 2025

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE