JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALID A. MUHAMMAD,<br><br>    Petitioner,<br><br>    v.<br><br>BERNADETTE MASON, Warden, et al.,<br><br>    Respondents. | Case No. 2:24-cv-10300-SVW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice due to lack of habeas jurisdiction.

DATED: February 11, 2025

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE